58 So.2d 905

**E. E. BRADLEY et al. v. H. A. GODFREY.**

6 Div. 392.

Supreme Court of Alabama.

April 10, 1952.

LIVINGSTON, Chief Justice.

Appeal dismissed, motion of appellants.

56 So.2d 379

**James T. BUTLER v. Rutledge WALTON.**

8 Div. 630.

Supreme Court of Alabama.

Jan. 17, 1952.

Potts & Young, Florence, for petitioner.

Bradshaw & Barnett and Ebert B. Haltom, all of Florence, opposed.

STAKELY, Justice.

Petition of James T. Butler for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Butler v. Walton, 56 So.2d 369.

Writ denied.

LIVINGSTON, C. J., and BROWN and LAWSON, JJ., concur.

58 So.2d 905

**James Howard COATS v. STATE.**

8 Div. 646.

Supreme Court of Alabama.

May 15, 1952.

R. L. Farnell, Montgomery, for petitioner.

Si Garrett, Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of James Howard Coats for certiorari to the Court of Appeals in the case of Coats v. State, 58 So.2d 907. Writ denied.

BROWN, FOSTER and STAKELY, JJ., concur.

59 So.2d 926

**Ex parte COMMUNICATIONS WORKERS OF AMERICA, C. I. O., et al.**

3 Div. 637.

Supreme Court of Alabama.

April 18, 1952.

Cooper, Mitch & Black, Birmingham, for petitioners.

Steiner, Crum & Baker, Montgomery, and Burr, McKamy, Moore & Tate, Birmingham, for respondent.

PER CURIAM.

Rule nisi denied; petition dismissed.

All the Justices concur, except FOSTER and GOODWYN, JJ., not sitting.

714